# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARGARET RUDIN,

    Petitioner,

vs.

CAROLYN MYLES, et al.,

    Respondents.

Case No. 2:11-CV-00643-RLH-(GWF)

**ORDER**

    Petitioner has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (#1). The court has reviewed the petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The court will serve the petition upon respondents for a response.

    Petitioner also has submitted a motion for appointment of counsel and for payment of expenses (#3). She asks that Christopher Oram, who represented her in post-conviction proceedings in the state courts, be appointed to represent her in this action. Petitioner has satisfied the court that she is financially unable to employ counsel. The court finds that pro hac vice appointment of Christopher Oram to the CJA panel for the purposes of appointment to this case is in the interest of justice and judicial economy.

    IT IS THEREFORE ORDERED that petitioner's motion for appointment of counsel and for payment of expenses (#3) is **GRANTED**. Christopher Oram is admitted pro hac vice to the CJA panel and is appointed to represent petitioner.

    IT IS FURTHER ORDERED that the clerk shall electronically serve upon respondents a copy of the petition (#1).

-2-

1  IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date on
2  which the petition was served to answer or otherwise respond to the petition (#1).  If respondents file and
3  serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the
4  United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the
5  answer is served to file a reply.
6  DATED: July 18, 2011.

_____
ROGER L. HUNT
United States District Judge