1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

## DISTRICT OF NEVADA

8

9  MARGARET RUDIN,

10      Petitioner,                          Case No. 2:11-CV-00643-RLH-(GWF)

11  vs.                                       **ORDER**

12  CAROLYN MYLES, et al.,

13      Respondents.

14

15      Petitioner having filed a motion to extend the deadline to file the opposition to motion to

16  dismiss (#9), and good cause appearing;

17      IT IS THEREFORE ORDERED that petitioner's motion to extend the deadline to file the

18  opposition to motion to dismiss (#9) is **GRANTED**.  Petitioner shall have through September 1,

19  2011, to file and serve an opposition to respondents' motion to dismiss (#6).

20      DATED:   August 23, 2011.

21

22

23      ROGER L. HUNT
        United States District Judge

24

25

26

27

28