UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARGARET RUDIN, ) <br> ) <br>     Petitioner, ) <br> ) <br> vs. ) <br> ) <br> WARDEN CAROLYN MYLES, *et al.*, ) <br> ) <br>     Respondents. ) <br> ) <br> _____ ) | 2:11-cv-00643-RLH-GWF <br><br> **ORDER** |

IT IS HEREBY ORDERED that Florence McClure Women's Correctional Center shall make Margaret Rudin (Inmate Number 70503) available to be contacted telephonically by the Court on **MONDAY, MAY 23, 2016 at 9:00 a.m.** to participate in a Court proceeding regarding the motion for appointment of counsel in the above named case. The call will be placed by the Courtroom Administrator, Melissa Johansen.

DATED: May 18, 2016

                                       *[signature]*
                                   ROGER L. HUNT
                                   United States District Judge