# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARGARET RUDIN,

    Petitioner,

vs.

CAROLYN MYLES, et al.,

    Respondents.

Case No. 2:11-cv-00643-RFB-GWF

**ORDER**

    Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 51), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' unopposed motion for enlargement of time (second request) (ECF No. 51) is **GRANTED**. Respondents will have through November 17, 2016, to file and serve an answer.

    DATED: November 14, 2016.

                                                _____
                                                RICHARD F. BOULWARE, II
                                                United States District Judge