1   M. Greg Mullanax, SBN 155138
    greg@lawmgm.com
2   Law Office of M. Greg Mullanax
    2140 N. Winery Avenue, Suite 101
3   Fresno, CA 93703
    (559) 420-1222
4   (559) 354-0997 fax

5   Attorney for Petitioner,
    Margaret Rudin

6

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9    Margaret Rudin,                      Case No. 2:11-CV-00643-RFB-GWF

10                   Petitioner,
                                          **Unopposed Motion for Enlargement of Time**
11   v.                                   **(First Request)**

12   Carolyn Myles, et al.,

13
                     Respondents.
14

15          Petitioner, by and through counsel, M. Greg Mullanax, hereby respectfully move this court for an

16   order granting a thirty (30) day enlargement of time, to and including February 1, 2017, in which to file

17   and serve her reply to the State's answer to her amended petition.

18          This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and

19   the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and other

20   materials on file herein.

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    This is the first request for an enlargement with respect to the reply to the State's answer to

2    Rudin's first amended petition. This motion is made in good faith and not for the purpose of delay.

3

4    Respectfully submitted,

5

6    Dated:    December 19, 2016                    LAW OFFICE OF M. GREG MULLANAX

7

8                                        By:   /s/ M. Greg Mullanax
                                               M. Greg Mullanax
9                                              Attorney for Petitioner,
                                               Margaret Rudin
10

11

12

13

14   IT IS SO ORDERED this   2nd   day of   January, 2017.

15

16   _____
     RICHARD F. BOULWARE, II
17   United States District Judge

18

19

20

21

22

23

24

25

26

27

28

M. Greg Mullanax, SBN 155138
greg@lawmgm.com
Law Office of M. Greg Mullanax
2140 N. Winery Avenue, Suite 101
Fresno, CA 93703
(559) 420-1222
(559) 354-0997 fax

Attorney for Petitioner,
Margaret Rudin

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Margaret Rudin,

               Petitioner,

v.

Carolyn Myles, et al.,

               Respondents.

Case No. 2:11-CV-00643-RFB-GWF

**Declaration of Counsel**

I, M. Greg Mullanax, declare under penalty of perjury:

1.     I am petitioner Margaret Rudin's attorney, and I make this declaration on behalf of Petitioner's motion for enlargement of time in the above-captioned matter.

2.     By this motion, I am requesting an enlargement of thirty (30) days, to and including February 1, 2017, to file a response to the State's answer to petitioner's amended petition. This is my first request for an enlargement of time with respect to the reply to the State's answer.

3.     Since the State filed its answer after two extensions of time, petitioner's reply is due right after the holiday season, which would require me to change my plans in order to comply with a deadline of January 2, 2017.

4.     I communicated with opposing counsel, Jeffrey M. Conner. He indicated that he has no opposition to the request for additional time.

1      5.      This motion for enlargement of time is made in good faith and not for the purpose of

2    unduly delaying the ultimate disposition of this case.

3

4      I declare under penalty of perjury that the foregoing is true and correct.

5

6                                                    /s/ M. Greg Mullanax
                                                     M. Greg Mullanax

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28